UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Anthony O. Corso Living Trust,** *et al.,* | ) | **Civil Action No. 14-cv-1087** |
| | ) | |
| **Plaintiffs,** | ) | **Judge James S. Gwin** |
| **v.** | ) | |
| | ) | **NOTICE OF APPEARANCE OF** |
| **KCG Americas LLC,** *et al.* | ) | **WILLIAM J. O'NEILL AND** |
| | ) | **JENNIFER DOWDELL** |
| **Defendants.** | ) | **ARMSTRONG** |

**PLEASE TAKE NOTICE** that William J. O'Neill and Jennifer Dowdell Armstrong of the law firm of McDonald Hopkins LLC hereby enter their appearance as counsel for Defendant Citadel Securities LLC ("Defendant") in this action. Please serve all pleadings, notices and other papers on the undersigned as counsel for Defendant Citadel Securities LLC.

DATED: August 26, 2014

                                          Respectfully submitted,

                                        */s/ William J. O'Neill*
                                        WILLIAM J. O'NEILL (0029936)
                                        JENNIFER D. ARMSTRONG (0081090)
                                        **MCDONALD HOPKINS LLC**
                                        600 Superior Avenue, East – Suite 2100
                                        Cleveland, OH 44114
                                        Telephone:   (216) 348-5400
                                        Facsimile:    (216) 348-5474
                                        woneill@mcdonaldhopkins.com
                                        jarmstrong@mcdonaldhopkins.com

                                        *Counsel for Defendant Citadel Securities LLC*

{5071603:}

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of August, 2014, a copy of the foregoing *NOTICE OF APPEARANCE OF WILLIAM J. O'NEILL AND JENNIFER DOWDELL ARMSTRONG* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ William J. O'Neill
Counsel for Defendant
Citadel Securities, LLC

{5071603:}