UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------
:
ANTHONY O. CORSO LIVING TRUST,    :    CASE NO. 1:14CV01087
ET AL,                                                          :
:
      Plaintiffs,                                :
:
vs.                                                               :    ORDER
:
KCG AMERICAS LLC, ET AL,              :
:
      Defendants.                            :
:
------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

      This case is before the Court on plaintiffs' motion for appointment of lead plaintiff and approval of lead counsel [Doc. 7]. The Court will shortly enter a case management conference scheduling order and a notice of hearing with regard to the appointment of lead plaintiff and approval of lead counsel.

      Also before the Court is the joint motion [Doc. 22] for a scheduling order related to the anticipated filing of a second amended complaint and motions to dismiss. The Court grants leave for the filing of a second amended complaint by September 18, 2014. Motions to dismiss are to be filed within five weeks of the filing of the second amended complaint, responses to motions to dismiss shall be due within thirty days of the filing of the motions and replies will be due within one week of the filing of the responses. Defendants are required to file an answer to the second amended complaint and the Court will not consider a motion to dismiss to be a responsive pleading to the

-2-

second amended complaint.

    IT IS SO ORDERED.


Dated: August 27, 2014          s/ *James S. Gwin*
         JAMES S. GWIN
         UNITED STATES DISTRICT JUDGE