IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ANTHONY O. CORSO LIVING TRUST | CASE NO. 1:14-cv-01087 |
| Plaintiff, | JUDGE JAMES S. GWIN |
| v. | |
| KCG AMERICAS, LLC, et al., | **NOTICE OF APPEARANCE** |
| Defendants. | |

Now comes the undersigned Brendan M. Mewhinney, and hereby gives notice to the Court and counsel of his appearance as additional counsel of record for Plaintiffs, Anthony O. Corso Living Trust, et al. A copy of all further pleadings, correspondence and communications should be directed to counsel at the following address:

Brendan M. Mewhinney
Henderson, Schmidlin & McGarry Co., LPA
840 Brainard Road
Highland Heights, OH 44143
Tel:  (440) 720-0379
Fax: (440) 720-0385
bmewhinney@hendersonschmidlin.com

Respectfully submitted,

*/s/ Brendan M. Mewhinney*
BRENDAN M. MEWHINNEY (0089176)
Henderson, Schmidlin & McGarry Co., LPA
840 Brainard Road
Highland Heights, Ohio 44143
Tel:  (440) 720-0379
Fax:  (440) 720-0385
bmewhinney@hendersonschmidlin.com
*One of the Attorneys for Plaintiffs*

1

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          */s/ Brendan M. Mewhinney*
                                          BRENDAN M. MEWHINNEY (#0089176)