## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ANTHONY O. CORSO LIVING TRUST, ET AL. | : | Case No. 1:14-cv-01087 |
| | : | |
| | : | Judge James S. Gwin |
| **PlaintiffS,** | : | |
| | : | |
| v. | : | |
| | : | |
| KCG AMERICAS LLC, ET AL., | : | **NOTICE OF APPEARANCE** |
| | : | |
| **Defendants.** | : | |
| | : | |

David H. Wallace, Esq. of Taft Stettinius & Hollister LLP hereby gives notice of his appearance as counsel for Defendant Pershing LLC.

                                                  Respectfully submitted,

                                                  /s/ David H. Wallace
                                                  David H. Wallace (0037210)
                                                  Taft Stettinius & Hollister LLP
                                                  200 Public Square, Suite 3500
                                                  Cleveland, OH  44114-2302
                                                  Tel: (216) 241-2838
                                                  Fax: (216) 241-3707
                                                  dwallace@taftlaw.com
                                                  Attorneys for Defendant
                                                  Pershing LLC

## CERTIFICATE OF SERVICE

I certify that the forgoing was filed on this 27th day of August, 2014 via the CM/ECF System for the United States District Court for the Northern District of Ohio, which will send an electronic notice of filing to counsel of record.

/s/ David H. Wallace

14442280.1