UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ANTHONY O. CORSO LIVING TRUST, ) | |
| ) | CASE NO. 1:14- CV-01087 |
| Plaintiff, ) | |
| ) | |
| vs. ) | JUDGE JAMES S. GWIN |
| ) | |
| KCG AMERICAS, LLC, et al., ) | **NOTICE OF APPEARANCE** |
| ) | |
| Defendant. ) | |

    Please take notice that Daniel R. Karon, of the law firm Goldman Scarlato Karon & Penny, P.C., 700 West St. Clair Avenue, Suite 200, Cleveland, OH 44113, hereby enters his appearance as additional counsel of record for Plaintiff, Anthony O. Corso Living Trust, et al. in the above captioned action and requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon here at: karon@gskplaw.com.

Dated: August 28, 2014          /s/Daniel R. Karon
                                                     Daniel R. Karon (#0069304)
                                                     Goldman Scarlato Karon & Penny, P.C.
                                                     700 West St. Clair Avenue, Ste. 200
                                                     Cleveland, OH 44113
                                                     Telephone: (216) 622-1851
                                                     Facsimile: (216) 241-8175
                                                     karon@gskplaw.com

                                                     *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on August 28, 2014, the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                  /s/Daniel R. Karon
                                                  Daniel R. Karon