# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **ANTHONY O. CORSO LIVING TRUST, ET AL.** | : | **Case No.  1:14-cv-01087** |
| | : | |
| | : | **Judge James S. Gwin** |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **KCG AMERICAS LLC, ET AL.,** | : | **NOTICE OF APPEARANCE AND** |
| | : | **SUBSTITUTION OF COUNSEL FOR** |
| **Defendants.** | : | **DEFENDANT MAXIM GROUP LLC** |
| | : | |

Please take notice that David H. Wallace, Esq. and Russell S. Sayre, Esq. of the law firm Taft Stettinius & Hollister LLP hereby appear and substitute in place of Brian J. Lamb and Thomas M. Ritzert of Thompson Hine, LLP as counsel for Defendant Maxim Group LLC in this matter. All future pleadings, correspondence, Orders and other documents should be served on the undersigned counsel. Thompson Hine, LLP remains as counsel of record for the other parties as to which it has previously entered an appearance.

Respectfully submitted,

/s/ David H. Wallace
David H. Wallace (0037210)
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, OH  44114-2302
Tel: (216) 241-2838
Fax: (216) 241-3707
dwallace@taftlaw.com

/s/ Russell S. Sayre
Russell S. Sayre (0047125)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH  45202-3957
Tel: 513-381-2838
Fax: 513-381-0205
rsayre@taftlaw.com

Attorneys for Defendant
Maxim Group LLC

## CERTIFICATE OF SERVICE

I certify that the forgoing was filed on this 3rd day of September, 2014 via the CM/ECF

System for the United States District Court for the Northern District of Ohio, which will send an

electronic notice of filing to counsel of record.

/s/ David H. Wallace
One of the Attorneys for Defendant
Maxim Group LLC