UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Anthony O. Corso Living Trust, by and through Charles C. Corso, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>KCG Americas LLC, et al.,<br><br>　　　　　　　　　Defendants. | Civil Action No.:  1:14-cv-01087<br><br>Judge James S. Gwin |

**JOINT MOTION FOR CLARIFICATION
AS TO THE COURT'S AUGUST 27, 2014 ORDERS**

Now come the Plaintiffs and Defendants (collectively, the "Parties") to respectfully request clarification as to the Court's August 27, 2014:  (1) Order [Doc. 26] addressing both (a) Plaintiffs' motion for appointment of lead plaintiff and approval of lead counsel (the "Motion for Lead Plaintiff"), and (b) the Parties' Joint Motion for a scheduling order related to the Defendants' anticipated motions to dismiss the Plaintiffs' anticipated Second Amended Complaint (the "SAC"); and (2) Case Management Conference Scheduling Order [Doc. 28].

Specifically, the Parties seek to clarify the following three items addressed in the Orders:  (i) whether the Court requires a hearing on September 26, 2014 on Plaintiffs' pending Motion for Lead Plaintiff, which is uncontested; (ii) that the Defendants' answers to the SAC are due on the same date as their anticipated motions to dismiss the SAC, i.e., five weeks from the filing of the SAC; and (iii) that the Parties' joint proposal for coordinating discovery as set forth below is acceptable, and that all discovery and other proceedings are currently stayed in light of

the Private Securities Litigation Act of 1995 (the "PSLRA") pending the Court's Order on the Defendants' anticipated motions to dismiss the SAC.

## Background

On July 21, 2014, Plaintiff Corso filed the Motion for Lead Plaintiff, which motion remains pending [Doc. 7].  On August 22, 2014, the Parties filed a Joint Motion for a Schedule for the Filing of Plaintiffs' Second Amended Complaint and the Briefing Schedule for the Defendants' Anticipated Motions to Dismiss [Doc. 22].  On August 27, 2014, the Court issued two Orders addressing those motions [Docs. 26 and 28].

First, the Court stated that it would "shortly enter a case management conference scheduling order and a notice of hearing with regard to the appointment of lead plaintiff and approval of lead counsel" [Doc. 26].  The Court thereafter issued a Notice scheduling Plaintiffs' pending Motion for Lead Plaintiff for a hearing on September 26, 2014 at 8:30 a.m.

Second, the Court ordered that the Defendants' anticipated motions to dismiss are to be filed within five weeks of the filing of the SAC.  *Id.*  The Order further required Defendants to file answers to the SAC, and provided that it would not consider a motion to dismiss to be a responsive pleading to the SAC.  *Id.*  The Order did not provide a date by which the Defendants are required to answer the SAC.

Third, the Court issued a Case Management Conference Scheduling Order [Doc. 28].  That Order schedules a Case Management Conference for September 26, 2014 at 8:30 a.m., and requires the parties to "start discovery before their Fed. R. Civ. P. 26(f) discovery conference".  *Id.* at 3.  It further requires the parties to submit a joint report of their Rule 26(f) conference in the form annexed as Attachment 1 to the Court's Case Management Conference Scheduling Order.  *Id.* at 4.

**Relief Requested**

The Parties respectfully request clarification of three items included in the Court's referenced Orders that were issued on August 27, 2014.  First, with respect to Plaintiffs' pending Motion for Lead Plaintiff, the Plaintiffs respectfully inform the Court that the motion is uncontested, as no other motions for lead plaintiff were filed.  Accordingly, the Parties wish to clarify whether the Court still requires a hearing on September 26, 2014 on the Plaintiffs' pending Motion for Lead Plaintiff.

Second, the Parties request clarification of the date by which the Defendants are required to file an answer to the SAC.  Specifically, the Parties seek to confirm that answers are due on the same date as the Defendants' anticipated motions to dismiss the SAC, i.e., five weeks from the filing of the SAC.  The Parties have conferred and Plaintiffs do not object to the Defendants filing their answers on that date.

Third, the Parties request clarification of the Court's Case Management Conference Scheduling Order requiring the Parties to start discovery before their Rule 26(f) conference, and to submit a joint report of that conference to the Court.  As set forth in the Parties' Joint Motion [Doc. 22 at 2, n.2], the Plaintiffs' claims are subject to the PSLRA, including the PSLRA's automatic stay of all discovery and other proceedings during the pendency of any motion to dismiss, "unless the court finds, upon the motion of any party, that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party".  15 U.S.C. §77z-1(b)(1).  The PSLRA's automatic stay applies when a defendant informs the court that it intends to file a motion to dismiss an anticipated amended complaint.  *See In re Firstenergy Corp. Secs. Litig.*, 229 F.R.D. 541, 543-544 (N.D. Ohio 2004) (Gwin, J.) (holding that because the defendant informed the court of its intent to move to dismiss after lead plaintiff filed its consolidated complaint, "the Court finds that the PSLRA's discovery stay provision

3

applies"). Accordingly, because the Defendants have advised the Court that they intend to move to dismiss the SAC, the PSLRA's automatic stay of discovery is currently in effect, and commencing discovery before the Rule 26(f) conference would violate the stay.

Nonetheless, in the interest of expediency and judicial economy, the Parties plan on participating in a Rule 26(f) conference and coordinating to the greatest extent possible on discovery going forward, including discussing and agreeing to discovery dates at the Rule 26(f) conference. To that end, the Parties anticipate submitting their Rule 26(f) report with anticipated discovery dates that are triggered by the entry of an Order by the Court on the Defendants' anticipated motions to dismiss the SAC. Accordingly, the Parties seek to clarify with the Court that their joint proposal for coordinating discovery is acceptable, and that all discovery and other proceedings are currently stayed pending the entry of an Order by the Court on the Defendants' anticipated motions to dismiss the SAC, except that Plaintiffs may seek to serve document subpoenas on certain non-parties for preservation purposes.

## Conclusion

WHEREFORE, the Parties respectfully request that the Court grant the motion and grant such other relief as the Court may deem just and proper.

Dated: September 10, 2014

By: /s/ Alan L. Rosca
Alan L. Rosca (0084100)
arosca@praclawfirm.com
James P. Booker (0090803)
jbooker@praclawfirm.com
PEIFFER ROSCA ABDULLAH CARR &
KANE LLC
526 Superior Avenue, Suite 1255
Cleveland, Ohio 44114
Phone: (216) 589-9280

Joseph C. Peiffer (*pro hac vice*)
jpeiffer@praclawfirm.com
PEIFFER ROSCA ABDULLAH CARR &
KANE LLC
201 St. Charles Avenue, Suite 4610
New Orleans, LA 70170
Phone: (504) 523-2434
Fax: (504) 523-2464

Brendan M. Mewhinney (0089176)
bmewhinney@hendersonschmidlin.com
HENDERSON & SCHMIDLIN
840 Brainard Road
Highland Heights, OH 44143
Phone: (440) 720-0379
Fax: (440) 720-0385

Daniel R. Karon (0069304)
karon@gskp-law.com
GOLDMAN SCARLATO KARON &
PENNY, P.C.
700 West St. Clair Avenue, Suite 204
Cleveland, OH 44113
Phone: (216) 622-1851
Fax: (216) 241-8175

Paul J. Scarlato (*pro hac vice*)
pscarlato@gskp-law.com
GOLDMAN SCARLATO KARON &
PENNY, P.C.
101 East Lancaster Avenue, Suite 204
Wayne, PA 19087
Phone: (484) 342-0700
Fax: (484) 580-8747

*Attorneys for Plaintiffs*

By: /s/ Brian J. Lamb
Brian Lamb (0055447)
Brian.Lamb@thompsonhine.com
Thomas Ritzert (0085370)
Thomas.Ritzert@thompsonhine.com
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114-1291
Phone: (216) 566-5500
Fax: (216) 566-5800
*Attorneys for Defendants KCG Americas LLC,
Citigroup Global Markets Inc., Automated
Trading Desk Financial Services, LLC,
Canaccord Genuity Inc., and Collins Stewart
Inc.*

*Of Counsel*

Joseph Lombard (*pro hac vice*)
jlombard@mmlawus.com
MURPHY & McGONIGLE, P.C.
555 13th Street, N.W.
Washington, DC 20004
Phone: (202) 661-7000
Fax: (202) 661-7059

Michael V. Rella (*pro hac vice*)
mrella@mmlawus.com
MURPHY & McGONIGLE, P.C.
1185 Avenue of the Americas, 21st Floor
New York, New York 10036
Phone: (212) 880-3973
Fax: (212) 880-3998
*Attorneys for Defendant
KCG Americas LLC*

*Of Counsel*

Adam S. Hakki (*pro hac vice*)
Adam.Hakki@Shearman.com
Agnès Dunogué (*pro hac vice*)
Agnes.Dunogue@Shearman.com
Elizabeth J. Stewart (*pro hac vice*)
Elizabeth.Stewart@Shearman.com
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069

5

By: /s/ William J. O'Neill
William J. O'Neill (0029936)
woneill@mcdonaldhopkins.com
Jennifer D. Armstrong (0081090)
jarmstrong@mcdonaldhopkins.com
MCDONALD HOPKINS LLC
600 Superior Ave. East, Suite 2100
Cleveland, Ohio  44114
Phone:  (216) 348-5400
Fax:  (216) 348-5474
*Attorneys for Defendant*
*Citadel Securities, LLC*

*Of Counsel*

Donald A. Tarkington (*pro hac vice*)
dtarkington@novackmacey.com
Brian E. Cohen (*pro hac vice*)
bcohen@novackmacey.com
Matthew J. Singer (*pro hac vice*)
msinger@novackmacey.com
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, Illinois  60606
Phone: (312) 419-6900
*Attorneys for Defendant*
*Citadel Securities, LLC*

By: /s/ David H. Wallace
David H. Wallace (0037210)
dwallace@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, OH 44114-2302
Phone: (216) 241-2838
Fax: (216) 241-3707

Russell S. Sayre (*pro hac vice*)
sayre@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
Phone: (513) 381-2838
Fax: (513) 381-0205
*Attorneys for Defendants Pershing LLC and*
*Maxim Group LLC*

Phone:  (212) 848-4000
Fax:  (212) 848-7179
*Attorneys for Defendants Citigroup Global*
*Markets Inc. and Automated Trading Desk*
*Financial Services, LLC*

*Of Counsel*

Anthony S. Fiotto (*pro hac vice*)
afiotto@goodwinprocter.com
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
Phone: (617) 570-1324
Fax: (617) 523-1231

William J. Harrington (*pro hac vice*)
wharrington@goodwinprocter.com
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Phone: (212) 459-7140
Fax: (212) 355-3333
*Attorneys for Defendants Canaccord Genuity*
*Inc. and Collins Stewart Inc.*

By: /s/ Brett M. Doran
Brett M. Doran (*pro hac vice*)
doranb@gtlaw.com
Steven M. Malina *(pro hac vice)*
malinas@gtlaw.com
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Phone: (312) 45-8400
Fax: (312) 456-8435

Kurt A. Kappes (*pro hac vice)*
kappesk@gtlaw.com
GREENBERG TRAURIG, LLP
1201 K. Street, Suite 1100
Sacramento, CA 95814
Phone: (916) 442-1111
Fax: (916) 448-1709
*Attorneys for G1 Execution Services, LLC and*
*E-Trade Capital Markets LLC*

6

*Of Counsel*

Ian H. Hummel (*pro hac vice*)
ihummel@maximgrp.com
Associate General Counsel
MAXIM GROUP LLC
405 Lexington Ave.
New York, NY 10174
Phone: (212) 895-3889
Fax: (212) 895-3860
*Attorney for Defendant Maxim Group LLC*


By: /s/ Katharine Szczepanik Jones
Katharine Szczepanik Jones (0082389)
katharine.jones@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
3139 Research Boulevard
Dayton, Ohio 45420
Phone: (937) 395-2389
Fax: (937) 395-2200
*Attorneys for Defendant UBS Securities LLC*

*Of Counsel*

Fraser L. Hunter, Jr. (*pro hac vice to be filed*)
fraser.hunter@wilmerhale.com
David Sapir Lesser (*pro hac vice pending*)
david.lesser@wilmerhale.com
Jamie S. Dycus (*pro hac vice pending*)
jamie.dycus@wilmerhale.com
Ari Savitzky (*pro hac vice to be filed)*
ari.savitzky@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Phone: (212) 230-8800
Fax: (212) 230-8888
*Attorneys for Defendant UBS Securities LLC*

By: /s/ *Hugh E. McKay*
Hugh E. McKay (0023107)
hmckay@porterwright.com
Tracy S. Francis (0080879)
tfrancis@porterwright.com
PORTER WRIGHT MORRIS & ARTHUR LLP
950 Main Avenue, Suite 500
Cleveland, OH 44113
Phone: (216) 443-9000
Fax: (216) 443-9011
*Attorneys for BTIG, LLC*

*Of Counsel*

Kenneth G. Hausman (*pro hac vice*)
kenneth.hausman@aporter.com
Jonathan W. Hughes (*pro hac vice*)
jonathan.hughes@aporter.com
Jeremy Kamras (*pro hac vice*)
jeremy.kamras@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California 94111–4024
Phone: (415) 471-3100
Fax: (415) 471-3400
*Attorneys for BTIG, LLC*

7

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2014, a copy of the foregoing was filed electronically with the Court's Case Management / Electronic Case Files (CM/ECF) docketing system.  Notice of this filing will be sent by operation of the CM/ECF system.  Notice of this filing will also be sent by mail to anyone unable to accept electronic filing, as indicated on the Notice of Electronic Filing.  Parties may access this filing through the CM/ECF system.

/s/ Brian J. Lamb
Brian J. Lamb

*One of the Attorneys for Defendants KCG Americas LLC, Citigroup Global Markets Inc., Automated Trading Desk Financial Services, LLC, Canaccord Genuity Inc., and Collins Stewart Inc.*