# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **ANTHONY O. CORSO LIVING TRUST,** et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>**KCG AMERICAS LLC, et al.,**<br><br>    Defendants. | Civil Action No.:  1:14-cv-01087<br><br>Judge James S. Gwin<br><br>CORPORATE DISCLOSURE STATEMENT |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b) and Local Criminal Rule 16.2:  Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock.  A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first.  The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of G1 Execution Services, LLC.

Defendant G1 Execution Services, LLC, by and through its undersigned attorneys, states that G1 Execution Services, LLC is not a parent, subsidiary or other affiliate of a publicly owned corporation.

Defendant G1 Execution Services, LLC further states that E*TRADE Capital Markets, LLC (also a defendant in this matter) changed its name to G1 Execution Services, LLC in or about January 2013.  G1 Execution Services, LLC (f/k/a E*TRADE Capital Markets, LLC) was

sold to an affiliate of privately-held Susquehanna International Group, LLP in or about February 2014. Neither G1 Execution Services, LLC nor its new owner is a parent, subsidiary or other affiliate of a publicly owned corporation.

    E*TRADE Financial Corporation, a Delaware public corporation, has a financial interest in the outcome of this litigation relating to G1 Execution Services, LLC's activities prior to the February 2014 sale of G1 Execution Services, LLC.

Dated: September 11, 2014

Respectfully submitted,

/s/ Brett M. Doran
Brett M. Doran

Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
(312) 456-8400 Telephone
(312) 456-8435 Facsimile
doranb@gtlaw.com
*Attorney for Defendant*
*G1 Execution Services, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 11, 2014, a copy of the foregoing was filed electronically with the CM/ECF docketing system. Notice of this filing will be sent by operation of the CM/ECF system. Notice of this filing will also be sent by mail to anyone unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the CM/ECF system.

/s/ Brett M. Doran
Brett M. Doran