**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| In re Biozoom, Inc. Securities Litigation. | Civil Action No.: 1:14-cv-01087<br><br>Judge James S. Gwin<br><br>**DECLARATION OF MICHAEL V. RELLA** |

I, Michael V. Rella, declare under penalties of perjury:

1. I am over 18 years old, and am counsel for Defendant KCG Americas LLC in the referenced matter. I aver to the matters set forth herein based on personal knowledge and information, and my review of the relevant documents.

2. Attached as Exhibit 1 is a true and correct copy of OTC Bulletin Board ("OTCBB") Market Maker Price Movement Reports for Biozoom, Inc. ("Biozoom"), reflecting Biozoom's prior name, "Entertainment Art."

3. In or around July 2014, my firm purchased the OTCBB Market Maker Price Movement Reports for Biozoom through the OTCBB website ("OTCBB.com"). As of September 30, 2014, these historical research reports are no longer available through the OTCBB website. *See* FINRA Regulatory Notice 14-36 (September 2014).

4. The OTCBB Market Maker Price Movement Reports reflect bid quotations for Biozoom on February 24, 2009 and August 31, 2009, and bid and ask quotations on September 1, 2009.

5. Courts have previously taken judicial notice of reports reflecting the stock price, quoting, and trading of securities, including securities listed on the OTCBB. *See, e.g., Thompson*

*v. RelationServe Media, Inc.*, 610 F.3d 628 (11th Cir. 2010) (taking judicial notice of price quotations on the OTCBB obtained through the OTCBB website to determine the price paid for a company's shares); *Metzler Inv. GMBH v. Corinthian Colls., Inc.*, 540 F.3d 1049, 1064 n.7 (9th Cir. 2008) (affirming trial court's judicial notice of a company's "reported stock price history"); *Teamsters Local 617 Pension & Welfare Funds v. Apollo Grp., Inc.*, 633 F. Supp. 2d 763, 775-76 (D. Ariz. 2009), *vacated in part on other grounds*, 690 F. Supp. 2d 959 (D. Ariz. 2010) (judicially noticing a Yahoo! Finance print out regarding defendant's historical stock prices, and historical stock trading price information downloaded from Google Finance).

      I verify under penalty of perjury, in accordance with 28 U.S.C. §1746, that the foregoing is true and correct.

Executed on December 4, 2014.

                                              /s/ *Michael V. Rella*
                                              Michael V. Rella

# EXHIBIT 1

# OTC Bulletin Board®

*Market Maker Price Movement Report*

*EERT - ENTERTAINMENT ART*  *February 24, 2009 – February 24, 2009*

| Date | Time | MPID | Bid | Bid Size | Ask | Ask Size | Status | Inside Bid | Inside Ask |
|---|---|---|---|---|---|---|---|---|---|
| 02/24/2009 | Sys. Open | AUTO |  | 0 |  | 0 |  |  |  |
|  |  | DOMS |  | 0 |  | 0 |  |  |  |
|  |  | HILL | 0.25 | 50 |  | 0 |  |  |  |
|  |  | MICA |  | 0 |  | 0 |  |  |  |
|  | 15:06:1314 | DOMS | 0.001 | 50 |  | 0 |  | 0 | 0 |
|  | 16:13:3982 | DOMS |  | 0 |  | 0 | D |  |  |
|  | 21:02:3100 | AUTO |  | 0 |  | 0 |  |  |  |
|  |  | DOMS |  | 0 |  | 0 | D |  |  |
|  |  | HILL | 0.25 | 50 |  | 0 |  |  |  |
|  |  | MICA |  | 0 |  | 0 |  |  |  |

Disclaimer
ALL INFORMATION IS PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND. BECAUSE OF THE POSSIBILITY OF HUMAN AND MECHANICAL ERRORS AS WELL AS OTHER FACTORS, NASDAQ IS NOT RESPONSIBLE FOR ANY ERRORS OR OMISSIONS IN THE INFORMATION. NASDAQ MAKES NO REPRESENTATIONS AND DISCLAIMS ALL EXPRESS, IMPLIED AND STATUTORY WARRANTIES OF ANY KIND TO THE USERS AND /OR ANY THIRD PARTY, INCLUDING ANY WARRANTIES OF ACCURACY, TIMELINESS, COMPLETENESS, MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. IN ADDITION, NASDAQ IN PROVIDING THE INFORMATION MAKES NO ENDORSEMENT OF ANY PARTICULAR SECURITY OR MARKET PARTICIPANT. UNLESS DUE TO WILLFUL TORTIOUS MISCONDUCT OR GROSS NEGLIGENCE, NASDAQ (AND AFFILIATES) SHALL HAVE NO LIABILITY IN TORT, CONTRACT, OR OTHERWISE (AND AS PERMITTED BY LAW, PRODUCT LIABILITY) TO USER AND/OR ANY THIRD PARTY.
NASDAQ(AND AFFILIATES) SHALL UNDER NO CIRCUMSTANCES BE LIABLE TO USER, AND/OR ANY THIRD PARTY FOR ANY LOST PROFITS OR LOST OPPORTUNITY, INDIRECT, SPECIAL, CONSEQUENTIAL, INCIDENTAL, OR PUNITIVE DAMAGES WHATSOEVER, EVEN IF NASDAQ HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.
Some states and foreign countries provide rights in addition to those above, or do not allow excluding or limiting implied warranties, or liability for incidental or consequential damages. Therefore, the above limitation may not apply to you or there may be state provisions which supersede the above. Any clause declared invalid shall be deemed severable and not affect the validity or enforceability of the remainder. The terms contained herein may only be amended in writing signed by Nasdaq and are governed by the laws of the State of New York.

# OTC Bulletin Board®

## *Market Maker Price Movement Report*

**EERT - ENTERTAINMENT ART**  *August 31, 2009 – August 31, 2009*

| Date | Time | MPID | Bid | Bid Size | Ask | Ask Size | Status | Inside Bid | Inside Ask |
|---|---|---|---|---|---|---|---|---|---|
| 08/31/2009 | Sys. Open | AUTO |  | 0 |  | 0 |  |  |  |
|  |  | MICA |  | 0 |  | 0 |  |  |  |
|  | 15:48:4413 | VERT |  | 0 |  | 0 |  | 0 | 0 |
|  | 15:48:5428 | VERT | 0.01 | 50 |  | 0 |  |  |  |
|  | 15:49:1628 | VERT | 1 | 25 |  | 0 |  |  |  |
|  | 21:02:0000 | AUTO |  | 0 |  | 0 |  |  |  |
|  |  | MICA |  | 0 |  | 0 |  |  |  |
|  |  | VERT | 1 | 25 |  | 0 |  |  |  |

Disclaimer
ALL INFORMATION IS PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND. BECAUSE OF THE POSSIBILITY OF HUMAN AND MECHANICAL ERRORS AS WELL AS OTHER FACTORS, NASDAQ IS NOT RESPONSIBLE FOR ANY ERRORS OR OMISSIONS IN THE INFORMATION. NASDAQ MAKES NO REPRESENTATIONS AND DISCLAIMS ALL EXPRESS, IMPLIED AND STATUTORY WARRANTIES OF ANY KIND TO THE USERS AND /OR ANY THIRD PARTY, INCLUDING ANY WARRANTIES OF ACCURACY, TIMELINESS, COMPLETENESS, MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. IN ADDITION, NASDAQ IN PROVIDING THE INFORMATION MAKES NO ENDORSEMENT OF ANY PARTICULAR SECURITY OR MARKET PARTICIPANT. UNLESS DUE TO WILLFUL TORTIOUS MISCONDUCT OR GROSS NEGLIGENCE, NASDAQ (AND AFFILIATES) SHALL HAVE NO LIABILITY IN TORT, CONTRACT, OR OTHERWISE (AND AS PERMITTED BY LAW, PRODUCT LIABILITY) TO USER AND/OR ANY THIRD PARTY.
NASDAQ(AND AFFILIATES) SHALL UNDER NO CIRCUMSTANCES BE LIABLE TO USER, AND/OR ANY THIRD PARTY FOR ANY LOST PROFITS OR LOST OPPORTUNITY, INDIRECT, SPECIAL, CONSEQUENTIAL, INCIDENTAL, OR PUNITIVE DAMAGES WHATSOEVER, EVEN IF NASDAQ HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.
Some states and foreign countries provide rights in addition to those above, or do not allow excluding or limiting implied warranties, or liability for incidental or consequential damages. Therefore, the above limitation may not apply to you or there may be state provisions which supersede the above. Any clause declared invalid shall be deemed severable and not affect the validity or enforceability of the remainder. The terms contained herein may only be amended in writing signed by Nasdaq and are governed by the laws of the State of New York.

# OTC Bulletin Board®

## Market Maker Price Movement Report

*EERT - ENTERTAINMENT ART*                                    *September 1, 2009 – September 1, 2009*

| Date | Time | MPID | Bid | Bid Size | Ask | Ask Size | Status | Inside Bid | Inside Ask |
|---|---|---|---|---|---|---|---|---|---|
| 09/01/2009 | Sys. Open | AUTO |  | 0 |  | 0 |  |  |  |
|  |  | MICA |  | 0 |  | 0 |  |  |  |
|  |  | VERT | 1 | 25 |  | 0 |  |  |  |
|  | 10:33:4968 | NOBL |  | 0 |  | 0 |  | 0 | 0 |
|  | 10:34:4149 | NOBL | 0.8 | 25 |  | 0 |  |  |  |
|  | 11:39:5218 | WDCO |  | 0 |  | 0 |  |  |  |
|  | 12:34:5748 | WDCO | 0.6 | 25 |  | 0 |  |  |  |
|  | 12:35:0131 | WDCO | 0.6 | 25 | 10.01 | 2 |  |  |  |
|  | 21:01:4000 | AUTO |  | 0 |  | 0 |  |  |  |
|  |  | MICA |  | 0 |  | 0 |  |  |  |
|  |  | NOBL | 0.8 | 25 |  | 0 |  |  |  |
|  |  | VERT | 1 | 25 |  | 0 |  |  |  |
|  |  | WDCO | 0.6 | 25 | 10.01 | 2 |  |  |  |

Disclaimer
ALL INFORMATION IS PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND. BECAUSE OF THE POSSIBILITY OF HUMAN AND MECHANICAL ERRORS AS WELL AS OTHER FACTORS, NASDAQ IS NOT RESPONSIBLE FOR ANY ERRORS OR OMISSIONS IN THE INFORMATION. NASDAQ MAKES NO REPRESENTATIONS AND DISCLAIMS ALL EXPRESS, IMPLIED AND STATUTORY WARRANTIES OF ANY KIND TO THE USERS AND /OR ANY THIRD PARTY, INCLUDING ANY WARRANTIES OF ACCURACY, TIMELINESS, COMPLETENESS, MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. IN ADDITION, NASDAQ IN PROVIDING THE INFORMATION MAKES NO ENDORSEMENT OF ANY PARTICULAR SECURITY OR MARKET PARTICIPANT. UNLESS DUE TO WILLFUL TORTIOUS MISCONDUCT OR GROSS NEGLIGENCE, NASDAQ (AND AFFILIATES) SHALL HAVE NO LIABILITY IN TORT, CONTRACT, OR OTHERWISE (AND AS PERMITTED BY LAW, PRODUCT LIABILITY) TO USER AND/OR ANY THIRD PARTY.
NASDAQ(AND AFFILIATES) SHALL UNDER NO CIRCUMSTANCES BE LIABLE TO USER, AND/OR ANY THIRD PARTY FOR ANY LOST PROFITS OR LOST OPPORTUNITY, INDIRECT, SPECIAL, CONSEQUENTIAL, INCIDENTAL, OR PUNITIVE DAMAGES WHATSOEVER, EVEN IF NASDAQ HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.
Some states and foreign countries provide rights in addition to those above, or do not allow excluding or limiting implied warranties, or liability for incidental or consequential damages. Therefore, the above limitation may not apply to you or there may be state provisions which supersede the above. Any clause declared invalid shall be deemed severable and not affect the validity or enforceability of the remainder. The terms contained herein may only be amended in writing signed by Nasdaq and are governed by the laws of the State of New York.