MINUTES OF PROCEEDINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Date: | 2/9/2015 |
| Judge: | James S. Gwin |
| Case No.: | 1:14cv01087 |
| Court Reporter: | S. Trischan |

IN RE: BIOZOOM, INC.,
      SECURITIES LITIGATION

MATTERS CONSIDERED: Motions to dismiss.

TOTAL TIME: 1 hr. 16 min.                                      *s/    Gwen Mackey*
                                                                       Courtroom Deputy Clerk