UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
                                                :
IN RE: BIOZOOM, INC., SECURITIES,   :   CASE NO. 1:14CV01087
LITIGATION,                                    :
                                                :   SCHEDULING ORDER
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:


      The Court, on February 26, 2015, issued its Opinion and Order on defendants' motions to dismiss. The Court now finalizes certain deadlines in the Case Management Plan/Order entered September 29, 2014, which were keyed to the date of the ruling on the motions to dismiss. The dates are as follows:

      1) dispositive discovery due by September 28, 2015;

      2) dispositive motions to be filed October 13, 2015;

      3) dispositive responses to be filed by November 3, 2015;

      4) dispositive replies to be filed by November 13, 2015;

      5) all discovery to be completed by January 26, 2016;

      6) final pretrial conference set for March 2, 2016, at 12:15 p.m.;

      7) jury trial assigned for March 7, 2016, at 8:00 a.m.;

      8) deadline for class certification discovery is July 27, 2015;

      9) deadline for class certification motion is August 10, 2015;

      10) response to class certification motion due August 31, 2015;

-2-

11) reply to class certification motion due September 10, 2015.

Counsel shall take note that the November 12, 2015 status conference at 4:00 p.m., remains as earlier assigned.

IT IS SO ORDERED.


Dated: March 2, 2015                             s/            *James S. Gwin*
                                                 JAMES S. GWIN
                                                 UNITED STATES DISTRICT JUDGE