UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re Biozoom, Inc. Securities Litigation | ) | Case No.: 1:14-cv-01087 |
| | ) | |
| | ) | Judge James S. Gwin |
| | ) | |
| | ) | |
| | ) | **NOTICE OF INTENT TO FILE** |
| | ) | **OPPOSITION TO PLAINTIFFS'** |
| | ) | **MOTION FOR LEAVE TO AMEND** |
| | ) | |

The Defendants dismissed by this Court's February 26, 2015 Order (Dkt. 127) hereby give notice of their intent to oppose Plaintiffs' Motion for Leave to file a Third Amended Complaint (Dkt. 129).[1]  In the face of this Court's decision dismissing each of Plaintiffs' state law claims, and Plaintiffs' Section 12(a)(1) claim against each of the Later-Sued Defendants, Plaintiffs now purportedly seek leave to amend, nearly five months after the deadline set by the Court for amending their complaint (Dkt. 73-1), solely to add allegations with respect to their Section 12(a)(1) claim against defendants Citigroup Global Markets, Inc., Automated Trading Desk Financial Services LLC, and UBS Securities LLC, in a proposed Third Amended Complaint (the "TAC").  The TAC also continues to assert, however, the same additional claims against all defendants that this Court previously dismissed, notwithstanding Plaintiffs'

---

[1] The defendants dismissed in the Court's Order were, Citigroup Global Markets, Inc., Automated Trading Desk Financial Services LLC, Citadel Securities LLC, G1 Execution Services, LLC, E-Trade Capital Markets LLC, BTIG, LLC, Canaccord Genuity Inc., Collins Stewart Inc., Pershing LLC, Maxim Group LLC, UBS Securities, LLC and vFinance Investments, Inc. (the "Later-Sued Defendants").

concession that their proposed amendment does not cure the pleading deficiencies for those other claims.[2]

Accordingly, the Later-Sued Defendants hereby give notice of their intent to file a single omnibus brief in opposition to Plaintiffs' Motion within the 14-day time frame and 15 page limit set forth in Local Rule 7.1 for oppositions to non-dispositive motions, subject to any further or different direction from the Court regarding briefing.

Respectfully submitted,

| | |
|---|---|
| /s/ William J. O'Neill | /s/ Brian J. Lamb |
| William J. O'Neill (0029936) | Brian J. Lamb (0055447) |
| woneill@mcdonaldhopkins.com | Brian.Lamb@thompsonhine.com |
| Jennifer D. Armstrong (0081090) | Thomas M. Ritzert (0085370) |
| jarmstrong@mcdonaldhopkins.com | Thomas.Ritzert@thompsonhine.com |
| MCDONALD HOPKINS LLC | THOMPSON HINE LLP |
| 600 Superior Ave. East, Suite 2100 | 3900 Key Center |
| Cleveland, Ohio 44114 | 127 Public Square |
| Phone: (216) 348-5400 | Cleveland, Ohio 44114-1291 |
| Fax: (216) 348-5474 | Phone: (216) 566-5500 |
| *Attorneys for Defendant* | Fax: (216) 566-5800 |
| *Citadel Securities, LLC* | *Attorneys for Defendants, Citigroup Global Markets Inc., Automated Trading Desk Financial Services, LLC, Canaccord Genuity Inc., Collins Stewart Inc., UBS Securities LLC and vFinance Investments, Inc.* |
| *Of Counsel* | |
| | |
| Donald A. Tarkington (*pro hac vice*) | |
| dtarkington@novackmacey.com | |
| Brian E. Cohen (*pro hac vice*) | *Of Counsel* |
| bcohen@novackmacey.com | |
| Matthew J. Singer (*pro hac vice*) | Richard De Palma (*pro hac vice*) |
| msinger@novackmacey.com | richard.depalma@thompsonhine.com |
| NOVACK AND MACEY LLP | Barry M. Kazan (*pro hac vice)* |
| 100 North Riverside Plaza | barry.kazan@thompsonhine.com |
| Chicago, Illinois 60606 | THOMPSON HINE LLP |
| Phone: (312) 419-6900 | 335 Madison Avenue, 12th Floor |
| *Attorneys for Defendant* | New York, NY 10017 |
| *Citadel Securities, LLC* | Phone: (212) 908-3921 |

---

[2] Plaintiffs represent in their memorandum in support of the motion that, if granted, their request would bring three of the previously dismissed defendants back, at least partly, into this action, namely, Citigroup Global Markets Inc., Automated Trading Desk Financial Services, LLC, and UBS Securities LLC. (Dkt. 129-1 at 5, 8-9.) Despite this representation, the proposed Third Amended Complaint continues to list causes of action directed against each of the defendants dismissed from the action in the Court's February 26, 2015, and restates all of the previously dismissed state-law claims. (Dkt. 129-2.)

/s/ David H. Wallace
David H. Wallace (0037210)
dwallace@taftlaw.com
Michael J. Zbiegien, Jr. (0078352)
mzbiegien@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, OH 44114-2302
Phone: (216) 241-2838
Fax: (216) 241-3707

Russell S. Sayre (*pro hac vice*)
sayre@taftlaw.com
Aaron M. Herzig (0079371)
aherzig@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
Phone: (513) 381-2838
Fax: (513) 381-0205
*Attorneys for Defendants Pershing LLC and Maxim Group LLC*

*Of Counsel*

Ian H. Hummel (*pro hac vice*)
ihummel@maximgrp.com
Associate General Counsel
MAXIM GROUP LLC
405 Lexington Ave.
New York, NY 10174
Phone: (212) 895-3889
Fax: (212) 895-3860
*Attorney for Defendant Maxim Group LLC*

/s/ Brett M. Doran
Brett M. Doran (*pro hac vice)*
doranb@gtlaw.com
Steven M. Malina *(pro hac vice)*
malinas@gtlaw.com
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Phone: (312) 45-8400
Fax: (312) 456-8435
Kurt A. Kappes (*pro hac vice*)

Fax: (212) 344-6101
*Attorneys for vFinance Investments, Inc.*

*Of Counsel*

Adam S. Hakki (*pro hac vice*)
Adam.Hakki@Shearman.com
Agnès Dunogué (*pro hac vice*)
Agnes.Dunogue@Shearman.com
Elizabeth J. Stewart (*pro hac vice*)
Elizabeth.Stewart@Shearman.com
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
Phone: (212) 848-4000
Fax: (212) 848-7179
*Attorneys for Defendants Citigroup Global Markets Inc. and Automated Trading Desk Financial Services, LLC*

*Of Counsel*

Anthony S. Fiotto (*pro hac vice*)
afiotto@goodwinprocter.com
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
Phone: (617) 570-1324
Fax: (617) 523-1231

William J. Harrington (*pro hac vice*)
wharrington@goodwinprocter.com
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Phone: (212) 459-7140
Fax: (212) 355-3333
*Attorneys for Defendants Canaccord Genuity Inc. and Collins Stewart Inc.*

*Of Counsel*

Fraser L. Hunter, Jr. (*pro hac vice*)
fraser.hunter@wilmerhale.com
David Sapir Lesser (*pro hac vice*)

kappesk@gtlaw.com
GREENBERG TRAURIG, LLP
1201 K. Street, Suite 1100
Sacramento, CA 95814
Phone: (916) 442-1111
Fax: (916) 448-1709
*Attorneys for G1 Execution Services, LLC and E-Trade Capital Markets LLC*

/s/ *Hugh E. McKay*
Hugh E. McKay (0023107)
hmckay@porterwright.com
Tracey L. Turnbull (0066958)
tturnbull@porterwright.com
Tracy S. Francis (0080879)
tfrancis@porterwright.com
PORTER WRIGHT MORRIS & ARTHUR LLP
950 Main Avenue, Suite 500
Cleveland, OH 44113
Phone: (216) 443-9000
Fax: (216) 443-9011
*Attorneys for BTIG, LLC*

*Of Counsel*

Kenneth G. Hausman (*pro hac vice*)
kenneth.hausman@aporter.com
Jonathan W. Hughes (*pro hac vice*)
jonathan.hughes@aporter.com
Jeremy Kamras (*pro hac vice*)
jeremy.kamras@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California 94111–4024
Phone: (415) 471-3100
Fax: (415) 471-3400
*Attorneys for BTIG, LLC*

david.lesser@wilmerhale.com
Jamie S. Dycus (*pro hac vice*)
jamie.dycus@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Phone: (212) 230-8800
Fax: (212) 230-8888
*Attorneys for Defendant UBS Securities LLC*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 10, 2015, a copy of the foregoing was filed electronically with the court's Case management / Electronic Case Files (CM/ECF) docketing system.  Notice of this filing will be sent by operation of the CM/ECF system.

                /s/ Brian J. Lamb
                Brian J. Lamb (00554447)
                Brian.Lamb@thompsonhine.com
                Thomas M. Ritzert (0085370)
                Thomas.Ritzert@thompsonhine.com
                THOMPSON HINE LP
                3900 Key Center
                127 Public Square
                Cleveland, OH 44114-1291
                Phone: (216) 566-5500
                Fax: (216) 566-5800
                *Attorneys for Defendants, Citigroup Global Markets Inc., Automated Trading Desk Financial Services, LLC,  Canaccord Genuity Inc., Collins Stewart Inc., UBS Securities LLC, and vFinance Investments, Inc.*