UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
```
                                                :
IN RE BIOZOOM, INC. SECURITIES                  :
LITIGATION                                      :
                                                :        CASE NO. 1:14-CV-01087
                                                :
                                                :
                                                :        ORDER
                                                :        [Resolving Doc. 139]
                                                :
```
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

In this securities case, the parties have filed a joint motion asking the Court to permit the Defendants to file an accelerated motion for summary judgment on stipulated facts.[1] For the reasons the parties have laid out, the Court **GRANTS** the joint motion. The Court sets the following schedule:

(1) No later than June 18, 2015, the parties will file stipulated facts
(2) No later than June 25, 2015, the Defendants will file their motion for summary judgment
(3) No later than July 9, 2015, the Lead Plaintiff will either file a response to the summary judgment motion or file notice that it does not intend to file a response
(4) If the Lead Plaintiff files a response, then by July 16, 2015, the Defendants will either file a reply or file notice that they do not intend to file a reply

The Court also **STAYS** all other case management deadlines pending resolution of the accelerated summary judgment motion on stipulated facts.

If the accelerated summary judgment motion is denied or if it is granted and subsequently vacated or reversed, Defendants will be permitted to file a subsequent motion for summary judgment

---

[1] Doc. 139.

-1-

Case No. 1:14-CV-01087
Gwin, J.

on other issues or defenses.


       IT IS SO ORDERED.


Dated: June 4, 2015                              s/   *James S. Gwin*
                                                        JAMES S. GWIN
                                                        UNITED STATES DISTRICT JUDGE