UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
                                                :
IN RE BIOZOOM, INC. SECURITIES                  :
LITIGATION                                      :
                                                :       CASE NO. 1:14-CV-01087
                                                :
                                                :
                                                :       JUDGMENT
                                                :
                                                :
                                                :
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

The Court has issued its order on Defendants' motion for summary judgment. For the reasons stated in that opinion, the Court **GRANTS** summary judgment to Defendants on all of Plaintiffs' claims that the Court had not previously dismissed. Accordingly, this action is terminated under Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.


Dated: August 20, 2015                          s/    *James S. Gwin*
                                                JAMES S. GWIN
                                                UNITED STATES DISTRICT JUDGE

-1-